Louis D. Glanz and Ralph Mayer, appellees, v. Morris H. Goldstein et al., appellants. Gen. No. 36,158.

Opinion filed October 18, 1932.

Jack A. Cohon, for appellants; Jack Cohon and Erwin E. Cowen, of counsel. Harry A. Carlson, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Morris Jacobs et al., appellants. Gen. No. 36,209.

Opinion filed October 18, 1932.

Jack A. Cohon, for appellants. Francis E. Hinckley and James L. Coleman, for appellee. Frank C. Rathje, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Charles Karnatz, appellee, v. Dora Sakanovsky, appellant. Gen. No. 36,397.

Opinion filed October 20, 1932.

Jack A. Cohon, for appellant. Jacob Levy, for appellee; James M. Gwin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Leroy B. Boylan, defendant in error, v. Anna M. Boylan, plaintiff in error. Gen. No. 35,010.

Heard in this court for the first district at the February term, 1931. Opinion filed October 25, 1932.

Barratt O'Hara and Ronald C. Oldham, for plaintiff in error. Socrates & Davis, for defendant in error; Nicholas A. Socrates, of counsel.

Per curiam.